UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 02-13043 EEB |
| ) | |
| WESTERN INTEGRATED NETWORKS, ) | |
| LLC, et al.[1] ) | Jointly Administered |
| EIN 84-1518702 ) | |
| ) | Chapter 11 |
| Debtors. ) | |

## ORDER GRANTING DEBTORS' MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY CONCERNING SACRAMENTO COUNTY

THIS MATTER has come before the Court upon Debtors' Motion for Order Approving Compromise of Controversy Concerning Sacramento County (the "Motion"). The Court has reviewed the Motion, is advised in the premises, and no objections have been raised and sustained, and there being good cause therefore, it is hereby

ORDERED that the Motion is granted, and

FURTHER ORDERED that the settlement agreement between Trustee and Sacramento County is approved, and Trustee is authorized to undertake all actions described therein.

DATED this 31st day of May, 2005.

*Elyzabeth E. Brown*

United States Bankruptcy Judge

---

[1] Debtors were: (1) Western Integrated Networks, LLC; (2) Cablexpress, Inc.; (3) Western Integrated Networks Holdings, LLC; (4) Western Integrated Networks of Colorado Operating, LLC; (5) Western Integrated Networks of California Operating, LLC; (6) Western Integrated Networks of Sacramento Purchasing Company, LLC; (7) WIN of Texas GP, LLC; (8) Western Integrated Networks of Texas Operating, L.P.; (9) Western Integrated Networks of Los Angeles Operating, LLC; (10) Western Integrated Networks of Colorado Purchasing Company, LLC; and (11) Western Integrated Networks of Dallas Purchasing Company, L.P.

G:\Clients-Active\WIN\Chap11\Pleading\Taxes\505 Motion\Appeal\Settlement\MtnToApprveSett-PropOrd.DOC