IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 04-AP-752-JLK

IN RE:

WESTERN INTEGRATED NETWORKS, LLC, et al,

   Debtors.

WESTERN INTEGRATED NETWORKS, LLC, et al.,

   Appellants,

v.

CALIFORNIA STATE BOARD OF EQUALIZATION,

   Appellee.

---

ORDER DISMISSING APPEAL

---

      THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Appeal, filed jointly by Tom H. Connolly (the "Trustee"), in his capacity as the Liquidating Trustee of the Consolidated WIN Liquidating Trust, and the California State Board of Equalization ("CSBOE"). The Court being advised in the premises, and there being good cause therefore, it is hereby:

      ORDERED that the within appeal is dismissed, with the Trustee and CSBOE each to bear its own attorneys' fees and costs incurred in this proceeding.

Dated: August 2, 2005

                       BY THE COURT:

                       **S/John L. Kane**
                       Judge John L. Kane
                       United States District Court